**DISMISS; and Opinion Filed August 20, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00580-CV**

**IN THE INTEREST OF A.M.S., C.J.S. AND M.Y.S., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-05017**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

The clerk's record in this case is past due. By letter dated July 18, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide written verification he had paid or made arrangements to pay for the clerk's record or to provide written documentation he had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

190580F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

IN THE INTEREST OF A.M.S., C.J.S.
AND M.Y.S., CHILDREN

No. 05-19-00580-CV

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-10-05017.
Opinion delivered by Justice Pedersen, III,
Justices Whitehill and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 20th day of August, 2019.